JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLISON K. D, | NO. CV-24-05922-AGR |
| Plaintiff, | |
| v. | JUDGMENT |
| FRANK BISIGNANO, Commissioner of Social Security, | |
| Defendant. | |

In accordance with the Memorandum Opinion and Order filed concurrently herewith,

IT IS HEREBY ADJUDGED that the judgment is entered for the defendant, the Commissioner of Social Security Administration.

DATED: September 30, 2025

_____
ALICIA G. ROSENBERG
United States Magistrate Judge